Case 1:08-cv-00829   Document 1   Filed 02/08/2008   Page 1 of 3

**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 829**

**JUDGE DOW**
**MAGISTRATE JUDGE COLE**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NIKOLAOS PASHOS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, NIKOLAOS PASHOS, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, CAVALRY PORTFOLIO SERVICES, LLC, and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3. Plaintiff, Nikolaos Pashos, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Lockport, State of Illinois.

4. At all relevant times herein, Defendant, Cavalry Portfolio Services, LLC, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to AT&T.

5.      Defendant is a corporation that has its principal place of business and its offices located in the State of New York.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. CAVALRY PORTFOLIO SERVICES, LLC

6.      On August 11, 2006, Defendant filed a lawsuit against Plaintiff in Small Claims Court in Will County claiming to be owed a debt Defendant had purchased from AT&T.  It was alleged that Plaintiff received cellular telephone services from AT&T yet refused to pay for the services as agreed.

7.      Plaintiff defended himself in the lawsuit, and continuously and publicly disputed that he owed any debt to AT&T at any time and that he ever obtained any service from or contracted with AT&T in any way.

8.      Despite dismissing the case against Plaintiff in September of 2006, Defendant continued to report the account to credit reporting agencies as an unpaid account belonging to Plaintiff, with an outstanding balance.  Moreover, Defendant failed to note the fact that Plaintiff had been disputing that the account was his.

9.      In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

      a.      Falsely represented the character, amount or legal status of any debt in violation of 15 U.S.C. § 1692e(2)(A); and

      b.      Communicated or threatened to communicate to any person credit information which is known or which should be known to be false including the failure to communicate that a disputed debt is disputed in violation of 15 U.S.C. § 1692e(8).

10. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, NIKOLAOS PASHOS, by and through his attorneys, respectfully prays for judgment as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00 for Plaintiff;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
NIKOLAOS PASHOS


By:   s/Larry P. Smith
        Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue
40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911