IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIKOLAOS PASHOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-829 |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) | Judge Dow |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

CAVALRY PORTFOLIO SERVICES, LLC
Attn: Legal Department
PO Box 1030
Hawthorne, NY 10532

    PLEASE TAKE NOTICE THAT On April 25, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice by depositing the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on January  25 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

    By: _____/s Larry P. Smith_____
               Attorney for Plaintiff